## Anna Krecun, Appellee, v. Samuel J. Rosenthal, Appellant.

### Gen. No. 22,334.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH
E. RYAN, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1916. Affirmed. Opinion filed May 1, 1917. Re-
hearing denied May 14, 1917. *Certiorari* denied by Supreme Court
(making opinion final).

### Statement of the Case.

Action by Anna Krecun, plaintiff, against Samuel
J. Rosenthal, defendant, for money had and received.
From a judgment for plaintiff, defendant appeals.

ALEXANDER WOLOSHEN and ZOLINE & LEVINSON, for
appellant; MORRIS K. LEVINSON, of counsel.

WILLIAM REEDA and LEVIN & KRINSKY, for appellee;
HARRY H. KRINSKY, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the
court.

### Abstract of the Decision.

1. ASSUMPSIT, ACTION OF, § 89*—*when evidence is sufficient to
sustain verdict for plaintiff in action to recover money.* In an
action to recover money, where plaintiff claimed that the amount
in question had been deposited with the defendant for safe keeping
while her husband was going through bankruptcy, and the defend-
ant claimed that it was paid to him in payment of a debt owing
to him from plaintiff's husband, evidence *held* sufficient to sustain
a verdict for plaintiff.

2. ASSUMPSIT, ACTION OF, § 44*—*when ownership of money is im-
material.* In an action for money had and received, the question
of the ownership of the money is immaterial, as such question can
be raised only by the equitable owner.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.